# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO RAMOS PADILLA,          )<br>                  Petitioner,     )<br>       vs.                      )<br> MICHAEL STAINER, Warden,        )<br>                  Respondent.    )<br> _____ ) | Case No. SA CV 11-4401 PA (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: March 22, 2012        _____
                                                     HON. PERCY ANDERSON
                                                     UNITED STATES DISTRICT JUDGE