UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO RAMOS PADILLA, | ) | Case No. SA CV 11-4401 PA (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL STAINER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: March 22, 2012         _____
                             HON. PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE